UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
JOHN SHERWOOD,

        Plaintiff,

  -vs.-

JP MORGAN CHASE & CO., a/k/a
JP MORGAN CHASE BANK NA,

        Defendant.

---------------------------------------------------------------------x

Civil Action No. 10-cv-2203

**Document Electronically Filed**

## DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, to enable the Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, JPMorgan Chase Bank, N.A., improperly named in the Complaint as "JP Morgan Chase & Co., a/k/a JP Morgan Chase Bank NA," submits the following Corporate Disclosure Statement:

JPMorgan Chase Bank, N.A. is not a publicly traded company. The sole parent of JPMorgan Chase Bank, N.A. is JPMorgan Chase & Co., a publicly traded company.

Dated: July 9, 2010

                By: /s/ Joseph A. Nuccio
                Thomas A. Linthorst (TL-3345)
                Joseph A. Nuccio (JN-7610)
                MORGAN, LEWIS & BOCKIUS LLP
                502 Carnegie Center
                Princeton, New Jersey 08540
                609.919.6642
                609.919.6701 (facsimile)
                Attorneys for Defendant

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 9, 2010, Defendant's Corporate Disclosure Statement was filed electronically.  Notice of the filing will be sent by email to Plaintiff by operation of the Court's electronic filing system.  Parties may access the filing through the Court's system.

                              /s/ Joseph A. Nuccio